NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LF CENTENNIAL LIMITED, FORMERLY WHALEN FURNITURE MANUFACTURING, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2017-1946

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,164.

———————————

**JUDGMENT**

———————————

STEPHEN HOLMES, Barlow, Josephs & Holmes, Ltd., Providence, RI, argued for appellant. Also represented by JOSHUA A. STOCKWELL.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by NATHAN K. KELLEY, SARAH E. CRAVEN, THOMAS W. KRAUSE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  April 4, 2018         /s/ Peter R. Marksteiner
      Date            Peter R. Marksteiner
             Clerk of Court